| | | |
|---|---|---|
| MICHAEL SCOTT GRUPP, II | : | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. 2020-0007 | : | PARISH OF CALCASIEU |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | : | STATE OF LOUISIANA |
| FILED: JAN 0 2 2020 | : | _____ DEPUTY CLERK |

## PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes MICHAEL S. GRUPP, II, Petitioner, a person of the full age of majority domiciled in Calcasieu Parish, Louisiana, who respectfully states that:

1.

Named as defendant herein is:

   A.   STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurance company authorized to do and doing business in the Parish of Calcasieu, State of Louisiana, hereinafter referred to at times as "STATE FARM."

2.

At all times mentioned herein, Paula Langer Cooper owned and was operating that vehicle described as a 2010 Lincoln Navigator bearing VIN 5LMJJ2H55AEJ11122 and Louisiana License Plate No. ST27404.

3.

At all times mentioned herein, Petitioner was the operator of that certain vehicle described as a 2015 Chevrolet Express G35 bearing VIN 1GB0G2CGXF1137891 and Louisiana License Plate No. C346730 with the permission of the owner, ARC AIR CONDITION AND HEATING.

4.

At all times mentioned herein, STATE FARM had in full force and effect a policy (policy no.: 3215736-A23-18C) of automobile liability insurance providing uninsured/underinsured motor vehicle coverage in favor of petitioner, MICHAEL S. GRUPP, II. The underlying liability coverage is not sufficient to cover Petitioner's damages.



Filing Date: 01/02/2020 12:00 AM
Case Number: 2020-000007
Document Name: PETITION
Page Count: 3

5.

On or about the 12th day of January, 2018, the vehicle Petitioner was driving was traveling east on Belden Street and came to a complete stop at the intersection of Kirkman Street when suddenly and without warning, the said vehicle was rear-ended by the vehicle being driven by Paula Langer Cooper.

6.

The sole proximate cause of the crash was the negligence of Paula Langer Cooper in the following non-exclusive particulars:

a) In failing to see what she should have seen;
b) In driving generally in a reckless and careless manner;
c) In rear-ending the vehicle which Petitioner occupied;
d) In failing to notice the imminence of a crash and taking necessary steps to avoid the same; and
e) Any other acts of negligence which may be revealed through discovery and proven at the trial of this case.

7.

As a result of the said crash, Petitioner received the following injuries:

a) The usual bumps, bruises and contusions resulting from a crash of this type;
b) Neck pain including but not limited to the discs, ligaments, and muscles of his spine; and
c) Upper and lower back pain including but not limited to the discs, ligaments, and muscles of his spine.

8.

As a result of the crash, Petitioner has suffered and is entitled to recover for the following items of damage:

PLAINTIFF NO. 1:

a) Past, present, and future medical expenses;
b) Past, present, and future physical pain and suffering;
c) Past, present, and future mental anguish, pain, and inconvenience;
d) Permanent disability;
e) Loss of earnings and/or earning capacity; and
h) Loss of enjoyment of life.

9.

Petitioner's cause of action stated herein against the Defendant does exceed fifty thousand dollars exclusive of interest and costs.

**WHEREFORE**, the premises considered, Petitioner prays that:

I. Defendants, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, be served with a copy of this petition and be duly cited to appear and answer same;

II. After due proceedings had, there be judgment herein in favor of Petitioner, MICHAEL S. GRUPP, II and against defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, for such sums as may be reasonable under the circumstances of this case, together with legal interest thereon from the date of judicial demand, until paid, penalties, attorney fees, and all costs of these proceedings; and

III. Petitioner be granted all further and different relief as the facts, law, and equity of this case require.

RESPECTFULLY SUBMITTED BY
BROUSSARD & HART, LLC,
Attorneys for Plaintiff

_____
MICHAEL J. WILLIAMSON (#31004)
AARON BROUSSARD (#30134)
JASON R. BELL (#30860)
RACHEL K. COUVILLION (#33927)
1301 Common Street
Lake Charles, LA  70601
(337) 439-2450  Telephone
(337) 439-3450  Facsimile
Mike@broussard-hart.com

SERVICE INSTRUCTIONS:

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
Through its registered agent for service of process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA  70809

APPENDIX 9.6
# LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - LA. R.S. 13:4688, Part G, §13 of the Louisiana Supreme Court General Administrative Rules, and Appendix 9.6 of the Louisiana District Court Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

Michael Scott Grupp, II     vs.     State Farm Mutual Automobile Insurance Company

**Court:** 14th Judicial District Court     **Docket Number:** 2020-0007

**Parish of Filing:** Calcasieu     **Filing Date:** FILED JAN 0 2 2020

**Name of Lead Petitioner's Attorney:** Michael J. Williamson

Kristen Lewis
Deputy Clerk of Court
Calcasieu Parish, Louisiana

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 1     **Number of named defendants:** 1

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- ☐ Auto: Personal Injury
- ☐ Auto: Wrongful Death
- ☐ Asbestos: Property Damage
- ☐ Product Liability
- ☐ Intentional Bodily Injury
- ☐ Intentional Wrongful Death
- ☐ Business Tort
- ☐ Defamation
- ☐ Environmental Tort
- ☐ Intellectual Property
- ☐ Legal Malpractice
- ☐ Other Professional Malpractice
- ☐ Maritime
- ☐ Wrongful Death
- ☐ General Negligence
- ☐ Auto: Property Damage
- ☑ Auto: Uninsured Motorist
- ☐ Asbestos: Personal Injury/Death
- ☐ Premise Liability
- ☐ Intentional Property Damage
- ☐ Unfair Business Practice
- ☐ Fraud
- ☐ Professional Negligence
- ☐ Medical Malpractice
- ☐ Toxic Tort
- ☐ Other Tort (describe below)
- ☐ Redhibition
- ☐ Class action (nature of case)

CALCASIEU CLERK-COST
JAN 02 2020 PM01:35:01

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Defendant had in effect a policy of automobile liability insurance providing uninsured/underinsured motor vehicle coverage in favor of petitioner. The underlying coverage was not sufficient to cover damages.

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name Michael J. Williamson     Signature /s/ MJW

Address 1301 Common Street, Lake Charles, LA 70601

Phone number: (337) 439-2450     E-mail address: mike@broussard-hart.com

TO:   COMMISSIONER OF INSURANCE
      P.O. BOX 94214
      BATON ROUGE, LA 70604

FROM:  **CLERK OF COURT, PARISH OF <u>CALCASIEU</u>**

RE: R.S. 92800.7                                                    PERSONAL INJURY SUIT

*Section A shall be obtained by the Clerk of Court at the time suit is filed and submitted to the Commissioner of Insurance within 30 days of filing. Section A shall also be completed at the time Judgment becomes definitive.*

A.   INITIAL INFORMATION

   1.  Caption of Suit:   Michael Scott Grupp, II
                          Vs.
                          State Farm Mutual Automobile Insurance Company

       a) Parish:       Calcasieu            b) Docket No.
       c) Judicial District:   14th          d) Filing Date: _____
       e) Type Suit:
          1. ____ Auto                              7. ____ Professional Liability
          2.  X   Uninsured Motorist                   a. ____ Medical
          3. ____ Government Liability                 b. ____ Legal
          4. ____ General Liability                    c. ____ Architectural
          5. ____ Products Liability                   d. ____ Accounting
          6. ____ Property Damage                      e. ____ Engineering
                                                   8. ____ Other

FILED JAN 0 2 2020
Deputy Clerk of Court
Calcasieu Parish, Louisiana

   2.  Nature of injuries (if ascertainable from Petition):

       Plaintiff sustained injuries to his neck and upper and lower back.

*Section B shall be obtained by the Clerk of Court and submitted to the Commissioner of Insurance within 30 days of definitive Judgment. (Section A. [1 a - c] must also be completed in order to accurately report.)*

B.   JUDGMENT INFORMATION

   1.  Judgment by Merit Trial

       a) _____ Judge                _____ Jury
       b) _____ For the Plaintiff    _____ For the Defendant
       c) _____ Judgment awarded, exclusive of interest and costs:
          i.    _____ -0-
          ii.   _____ -0- but less than $10,000
          iii.  _____ $10,000, but less than $25,000
          iv.   _____ $25,000, but less than $50,000
          v.    _____ $50,000, but less than $100,000
          vi.   _____ $100000, but less than $250,000
          vii.  _____ $250,000, but less than $500,000
          viii. _____ $500,000, but less than $750,000
          ix.   _____ $750,000, but less than $1,000,000
          x.    _____ $1,000,000, but less than $2,000,000
          xi.   _____ $2,000,000, or more

   2.  Appeal Status:

       a) _____ Appeal Entered    b) _____ No Appeal Entered

CALCASIEU CLERK-COST
JAN 02 2020 PM 01:35:13

*Section C shall be completed by the Clerk and submitted to the Commissioner of Insurance within 30 days of dismissal*

   3.  DISMISSAL INFORMATION

       1. Date of dismissal:
       2. _____ With prejudice       _____ Without prejudice

*Section D: A processing fee of $10.00 shall be taxed as costs of court in each suit on which the information required by this section is submitted by the Clerk of Court. Upon rendering of Judgment under Section B of this form or dismissal under Section C of this form, $5.00 shall be paid to the Commissioner of Insurance by the Clerk of Court and $5.00 shall be retained by the Clerk of Court from the court costs paid in Section D.*

CLERK OR DEPUTY CLERK



Filing Date: 01/02/2020 12:00 AM
Case Number: 2020-000007
Document Name: PLEADING

Page Count: 1

| | | |
|---|---|---|
| **MICHAEL SCOTT GRUPP, II** | : | **14TH JUDICIAL DISTRICT COURT** |
| VS No. 2020 - 0007 | : | **PARISH OF CALCASIEU** |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** | : | **STATE OF LOUISIANA** |
| FILED: JAN 0 2 2020 | : | *Kristen Lewis* |
| | : | **DEPUTY CLERK** |

### REQUEST FOR WRITTEN NOTICE OF ASSIGNMENT AND/OR WRITTEN NOTICE OF ANY ORDER OR JUDGMENT MADE OR RENDERED

**TO:**   Honorable Lynn H. Jones, II
Calcasieu Parish Clerk of Court
1000 Ryan Street
Lake Charles, LA  70601

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to give us, as counsel for Plaintiff **MICHAEL SCOTT GRUPP, II**, in the above-entitled cause, written notice, by mail, ten (10) days in advance of any date fixed for any trial or hearing of the case, whether on exception, rules, or merits thereof.

And in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, you are hereby additionally requested to send us immediate notice of any order or judgment made or rendered in this case upon the entry of any such order or judgment.

Thank you for your cooperation.

RESPECTFULLY SUBMITTED BY
BROUSSARD & HART, LLC,
Attorneys for Plaintiff

_____
MICHAEL J. WILLIAMSON (#31004)
AARON BROUSSARD (#30134)
JASON R. BELL (#30860)
RACHEL K. COUVILLION (#33927)
1301 Common Street
Lake Charles, LA  70601
(337) 439-2450  Telephone
(337) 439-3450  Facsimile
Mike@broussard-hart.com

CALCASIEU CLERK-COST
JAN 02 2020 PM01:35:27

Filing Date: 01/02/2020 12:00 AM   Page Count: 1
Case Number: 2020-000007
Document Name: REQUEST WRITTEN NOTICE

Page 1 of 1

# BROUSSARD & HART

PERSONAL INJURY ATTORNEYS

1301 COMMON STREET
LAKE CHARLES, LA 70601

TELEPHONE (337) 439-2450
FACSIMILE (337) 439-3450

WWW.BROUSSARD-HART.COM

STEVEN BROUSSARD
RACHEL@BROUSSARD-HART.COM
RANDALL E. HART*
RANDALL@BROUSSARD-HART.COM
AARON BROUSSARD
AARON@BROUSSARD-HART.COM
MICHAEL J. WILLIAMSON
MIKE@BROUSSARD-HART.COM
*LICENSED IN TX AND LA

January 2, 2020

**VIA HAND DELIVERY**
Honorable H. Lynn Jones
14th Judicial District Court
1000 Ryan Street
Lake Charles, LA 70601

FILED JAN 0 2 2020
Kristen Lewis
Deputy Clerk of Court
Calcasieu Parish, Louisiana

Re:   Michael Scott Grupp, II
      Vs. 2020-007
      State Farm Mutual Automobile Insurance Company

Dear Mr. Jones:

Enclosed please find an original and two (2) copies of a *Petition for Damages* and *Request for Written Notice*. Please file the originals in the record, serve copies of these pleadings as instructed in the *Petition*, and return a conformed copy of each to our office.

Enclosed is our firm's check in the amount of $450.00 to cover the filing and service fees associated with this matter.

Thanking you in advance for your time and kind assistance, I remain

Sincerely,

MICHAEL J. WILLIAMSON

MJW/hdw
Enclosures

CMS6715599
Filing Date: 01/02/2020 12:00 AM       Page Count: 1
Case Number: 2020-000007
Document Name: LETTER

|  | Citation |  |
|---|---|---|
| MICHAEL SCOTT GROUP II<br>VS.   2020-000007<br>STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE<br>COMPANY |  | 14th Judicial District Court<br>State of Louisiana<br>Parish of Calcasieu |

THE STATE OF LOUISIANA

TO:  STATE       FARM       MUTUAL
     AUTOMOBILE          INSURANCE
     COMPANY
     THROUGH            LOUISIANA
     SECRETARY OF STATE,
     8585 ARCHIVES AVE
     Baton Rouge, LA 70809

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of MICHAEL SCOTT GRUPP II, "PETITION FOR DAMAGES" against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 2nd day of January 2020.

Issued and delivered January 15, 2020

_Shelbie Lynne Hardy_
_____
Shelbie Hardy
Deputy Clerk of Court

---

## SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

| SERVICE | $_____ | BY: | _____ |
|---|---|---|---|
|  |  |  | Deputy Sheriff |
| MILEAGE | $_____ |  |  |

TOTAL $_____

Party No.    P001

||*CMS67174 41*||
Filing Date: 01/15/2020 11:16 AM     Page Count: 1
Case Number: 2020-000007
Document Name: Citation

[ File Copy ]
CMS0085

Page 1 of 1