**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **MICHAEL SCOTT GRUPP, II** | **:** | **CIVIL ACTION NO. 2:20-CV-00245** |
| **VERSUS** | **:** | **JUDGE JAMES D. CAIN, JR.** |
| **STATE FARM MUTUAL AUTOMOBILE** | **:** | **MAGISTRATE JUDGE KAY** |
| **INSURANCE COMPANY** | | |


**PLAINTIFF'S OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff MICHAEL SCOTT GRUPP, II, who, for the reasons more fully stated in Plaintiff's Motion for Partial Summary Judgment [Doc. 18] and accompanying memorandums and exhibits, herein opposes the Cross-Motion for Summary Judgment filed by STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (hereinafter "State Farm") [Doc. 27]. Plaintiff incorporates herein by reference all briefs and evidence submitted by Plaintiff in support of his motion for summary judgment [Doc. 18] in opposition to State Farm's cross-motion. Plaintiff prays that State Farm's cross-motion be denied.

RESPECTFULLY SUBMITTED BY
BROUSSARD & WILLIAMSON, LLC,
Attorneys for Plaintiff

_____
MICHAEL WILLIAMSON (#31004)
AARON BROUSSARD (#30134)
STEVEN BROUSSARD (#3518)
JASON R. BELL (#30860)
RACHEL K. COUVILLION (#33927)

**BROUSSARD₊**
WILLIAMSON

1301 Common Street
Lake Charles, LA   70601

Page 1

(337) 439-2450  Telephone
(337) 439-3450  Facsimile

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a copy of the above and foregoing has been duly served on

all counsel of record by the Court's CM/ECF system on this 3rd day of March, 2021.

_____
Michael Williamson